IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY V. WILLIAMS, | : | CIVIL ACTION |
| v. | : | |
| KYW-TV, ET AL., | : | NO. 02-3183 |

**O R D E R**

AND NOW, this 18th day of June 2002, it is Ordered that Initial Pretrial Conference scheduled on June 20, 2002 is **RESCHEDULED** on **June 26, 2002 at 9:00 a.m.**, Room 7614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

ATTEST:                          or     BY THE COURT

BY:_____       _____
Deputy Clerk                             Judge

C.V. 12 (4/99)

Bettin Plevan, Esq.
Michael Baughman, Esq.
Patricia Pierce, Esq.

Case 2:02-cv-03183-ER    Document 7    Filed 06/18/2002    Page 3 of 3