IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY WILLIAMS, | : | CIVIL ACTION |
| | : | NO. 02-3183 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KYW-TV, ET AL. | : | |
| | : | |
| Defendants. | : | |

ORDER

**AND NOW**, this **26th** day of **July, 2002**, upon consideration of plaintiff's motion to remand (doc. no. 9), the defendant's response to plaintiff's motion (doc. no. 11), and following a hearing in which counsel for the parties participated, it is hereby **ORDERED** that the motion (doc. no. 9) is **GRANTED**.

It is **FURTHER ORDERED** that the case is **REMANDED** to the Court of Common Pleas of Philadelphia County and this case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO,     J.**